# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATASHA HOLIFIELD

VERSUS

ACE AMERICAN INSURANCE
COMPANY, WERNER ENTERPRISES,
INC. OF NEBRASKA, AND
CHRISTIAN FOREMAN

NO.  2025 CW 0177

**MARCH 10, 2025**

---

In Re:     Werner Enterprises, Inc. and Ace American Insurance
           Company, applying for supervisory writs, 19th Judicial
           District Court, Parish of East Baton Rouge, No. 689488.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED ON THE SHOWING MADE.**

**MRT**
**CHH**

**Edwards, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT